# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| MARCOS THOMAS, | : | Case No. 1:16-cv-473 |
|     Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | Magistrate Judge Stephanie K. Bowman |
| STATE OF OHIO, *et al.*, | : | |
|     Defendants. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 55) and
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on June 12, 2018, submitted a Report and Recommendation. (Doc. 55). Plaintiff filed an objection ("Objection"). (Doc. 56). [1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon considering the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

---

[1] Plaintiff's Objection is not well-taken as it fails to identify any issue of material fact that would justify denying Defendants' motion for summary judgment.

1. The Report and Recommendation (Doc. 55) is **ADOPTED**;

2. Defendants' motion for summary judgment (Doc. 49) is **GRANTED**;

3. Plaintiff's Objection (Doc. 56) is **OVERRULED**; and

4. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 7/31/18

*Timothy S. Black*
Timothy S. Black
United States District Judge